UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP *et al.*,

                                        Plaintiffs,                    24 Civ. 5984 (PAE)

                -v-                                                          ORDER

BLUE RIDGE HOME FASHIONS, INC.,

                                        Defendant.

PAUL A. ENGELMAYER, District Judge:

        The Court having been advised, *see* Dkt. 8, by the parties that they have reached an

agreement in this matter, it is ORDERED that the above-entitled action is hereby dismissed and

discontinued without costs, and without prejudice to plaintiffs' right to reopen the action within

45 days of the date of this Order if the settlement is not consummated.

        To be clear, any application to reopen must be filed within 45 days of this Order; any

application to reopen filed thereafter may be denied solely on that basis. Further, if the parties

wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement,

they must submit the settlement agreement to the Court within the same 45-day period to be "so

ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for

Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a

settlement agreement unless it is made part of the public record.

        The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2024
      New York, New York